IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROBERT FORD SR.                                              PLAINTIFF

   v.                    Case No. 05-CV-2086

TRADITIONS RIFLES, INC.
and HODGDON, INC.                                           DEFENDANTS

### AMENDED ORDER

Now on this 31st day of January, 2006, there comes on for consideration the defendants' motion for an extension of time in which to complete discovery (#15). The Court, being well and sufficiently advised in the premises and there being no objection from the plaintiff, finds that the motion should be and is hereby GRANTED.

IT IS, THEREFORE, CONSIDERED, ORDERED, ADJUDGED AND DECREED that the defendants are hereby granted an extension, until the close of business on Monday, April 17, 2006, in which to complete discovery.

IT IS SO ORDERED.

/S/ Robert T. Dawson
   Robert T. Dawson
   United States District Judge