IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROBERT FORD SR. and ANNA FORD                           PLAINTIFFS

    vs.               CASE No. 05-CV-2086

TRADITIONAL SPORTING GOODS, INC.
d/b/a TRADITIONS and HODGDON
POWDER COMPANY, INC.                                    DEFENDANTS

## **ORDER**

Now on this 14th day of June, 2006, there comes on for consideration the Plaintiffs' Motion to Non-Suit the improper party Tradition Rifles, Inc. (#78). The Court, being well and sufficiently advised in the premises, finds that the motion should be and is hereby GRANTED. All future pleadings shall reflect the proper name of the separate defendant as Traditional Sporting Goods, Inc. d/b/a Traditions.

    IT IS SO ORDERED.

                                   /S/ *Robert T. Dawson*
                                       Robert T. Dawson
                                       United States District Judge