```
             IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     FORT SMITH DIVISION
```

ROBERT FORD SR. and
ANNA FORD                                          PLAINTIFFS

      v.              Civil No. 05-2086

TRADITIONAL SPORTING GOODS, INC.
d/b/a/ TRADITIONS                                  DEFENDANT

## ORDER

On the 26th day of June, 2007, this matter came on for trial to a duly selected jury consisting of eight members, the Honorable Robert T. Dawson presiding. The trial continued until June 28, 2007, when the case was submitted to the jury on interrogatories and a unanimous verdict was reached as to each interrogatory as follows:

**INTERROGATORY NO. 1:** DO YOU FIND FROM A PREPONDERANCE OF THE EVIDENCE THAT DEFENDANT DISTRIBUTED THE RIFLE IN A DEFECTIVE CONDITION, RENDERING IT UNREASONABLY DANGEROUS, WHICH WAS A PROXIMATE CAUSE OF ANY DAMAGES?

_____  YES

\_\_√\_\_\_\_  NO

**INTERROGATORY NO. 2:** DO YOU FIND FROM A PREPONDERANCE OF THE EVIDENCE THAT THERE WAS NEGLIGENCE ON THE PART OF DEFENDANT, WHICH WAS A PROXIMATE CAUSE OF ANY DAMAGES?

AO72A
(Rev. 8/82)

_____   YES

___√___   NO

     Based upon the answers to Interrogatory Nos. 1 and 2, the jury was instructed to disregard the remaining interrogatories.

     IT IS ORDERED AND ADJUDGED in accordance with the answer to the above interrogatories and jury verdict, that the Plaintiffs take nothing on their complaint filed herein and the matter is DISMISSED WITH PREJUDICE.  All parties are to bear their respective costs and attorney's fees.

     Dated this 29th day of June 2007.

                                   /s/Robert T. Dawson
                                   Honorable Robert T. Dawson
                                   United States District Judge